UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST AND ITS TRUSTEES, *et al.* )<br><br>Plaintiffs, )<br>v. )<br><br>BOILER AND FURNACE CLEANERS INC. )<br><br>Defendant. ) | C. A. No. 07 CV 948 (RBW) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Plaintiffs Teamsters Local 639-Employers Health Trust and its Trustees, and Teamsters Local 639-Employers Pension Trust and its Trustees, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/_____

Mark J. Murphy, Esq.
D.C. Bar No. 453060
Elizabeth A. Saindon, Esq.
D.C. Bar No. 440420
Michael L. Artz, Esq.
D.C. Bar No. 468025
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088

Counsel for Plaintiffs
May 23, 2007