# AFFIDAVIT OF PROCESS SERVER

**United States District Court**        **District Of Columbia**

**Style of the Case:** Teamsters Local 639-Employers Health Trust and its Trustees, and Teamsters Local 639-Employers Pension Trust and its Trustees Plaintiff versus Boiler & Furnace Cleaners, Inc. Defendant

**Law Firm:** Mooney, Green, Baker & Saindon, P.C.

**Case Number:** 07 CV 94B (RBW)        **Court Date:**

Legal documents received by Same Day Process Service on May 29th, 2007 at 3:30 PM to be served upon **Boiler & Furnace Cleaners, Inc., c/o The Corporation Trust Inc. at 300 E. Lombard St., Baltimore, MD. 21202**

I, _David G. Spry. Jr._, swear and affirm that on _5/30/07_ at _4:06 pm_, I effectuated service of process by delivering a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits A-I** in the following manner according to State statutes:

_____ **Individual Service:** Service was rendered on the required person listed on the documents.

_____ **Substitute Service:** _____ was served, as _____.

_____ **Posted Service:** By attaching a copy to a conspicuous place on the property described in the complaint or summons. The first attempt of service occurred on _____ at _____.

__X__ **Corporate Service:** Service was rendered on _Kelly Stephens_ as _Fulfillment Specialist_ of the corporation.

_____ **Other Type of Service / Non-Service:** _____.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am legally authorized to serve court documents within the above named jurisdiction.

_____
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000003210

The foregoing instrument was acknowledged before me on this _1st_ day of _June_ _2007_, 2007, by _David G. Spry, Jr._, who is personally known to me or who has produced _____ as identification.

_Elizabeth C Hoxter_   _Elizabeth C Hoxter_
Notary Printed Name    Notary Signature

_4.11.09_
Commission Expiration Date

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**Teamsters Local 639-Employers Health Trust and its Trustees, and Teamsters Local 639-Employers Pension Trust and its Trustees**

     Plaintiff

vs.

**Boiler & Furnace Cleaners, Inc.**

     Defendant

Attorney:

Mooney, Green, Baker & Saindon, P.C.
1920 L St., NW, Suite 400
Washington, DC. 20036

**Case Number:** 07 CV 94B (RBW)

Legal documents received by Same Day Process Service on May 29th, 2007 at 3:30 PM to be served upon **Boiler & Furnace Cleaners, Inc. c/o Patrick Hurley, Treasurer at 4320 Bladensburg Rd., Brentwood, MD. 20722**

I, B. Tony Snesko, swear and affirm that on **June 06th, 2007 at 11:50 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits A-I to Patrick Hurley** as **Treasurer** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 5'10   Weight: 170   Skin Color: White   Hair Color: Black/Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000003209

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this _____ day of _____
Notary Public, D.C.
My commission expires_____

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.