UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) Boiler and Furnace Cleaners Inc., ) ) Defendant. ) ) | C. A. No. 1:07-cv-00948 Judge Reggie B. Walton |

**PLAINTIFFS' REQUEST
FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Teamsters Local 639-Employers Health Trust and Employers Pension Trust ("Funds") and the Fund's Trustees, through their undersigned counsel, hereby request the entry of default against Defendant Boiler and Furnace Cleaners Inc.. In support of their Request, Plaintiffs state the following:

1. On May 22, 2007, Plaintiffs filed their Complaint to recover outstanding contributions, interest, liquidated damages, costs, and attorneys fees, and to obtain a permanent injunction requiring Defendant to timely pay all contributions ("Complaint"), against the Defendant.

2. On May 30, 2007, the summons and the Complaint and its related materials was served on Defendant Boiler and Furnace Cleaners Inc.'s registered agent for service of process in accordance with Rule 4(c) and (h)(1) of the Federal Rules of Civil Procedure. (See May 30, 2007 Affidavit of Process Server, a copy of which is attached as Exhibit A, Page One).

3. Subsequently, on June 6, 2007, the summons and the Complaint and its related materials was also served on defendant Boiler and Furnace Cleaners Inc.'s Treasurer Patrick Hurley. in accordance with Rule 4(c) and (h)(1) of the Federal Rules of Civil Procedure. (See June 6, 2007 Affidavit of Process Server, a copy of which is attached as Exhibit A, Page Two).

4. Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure provides Defendant twenty (20) days in which to file an Answer.

5. To date, the Defendant has not filed an Answer to the Complaint or other responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure.

6. Rule 55 of the Federal Rules of Civil Procedure provides that when a party fails to plead or otherwise defend against an action, the Clerk or the Court shall enter the party's default. Here, the Defendant have failed to answer or respond to Plaintiffs' Complaint. Therefore, Defendant is in default. In accordance with the Rules of this Court, Plaintiffs respectfully request the entry of default.

        Respectfully submitted,

        _____/s/_____
        Mark J. Murphy (D.C. Bar #453060)
        Michael L. Artz (D.C. Bar #468025)
        Mooney, Green, Baker & Saindon, P.C.
        1920 L Street, N.W., Suite 400
        Washington, D.C. 20036
        Telephone: (202) 783-0010
        Fax: (202) 783-6088

        Counsel for Plaintiffs

Dated: July 19, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of July, 2007 a true and correct copy of the foregoing PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT was filed electronically with the Court and served via United States mail to the following addresses for Defendant:

>Boiler and Furnace Cleaners Inc.
>Patrick Hurley, Treasurer
>4320 Bladensburg Road
>Brentwood, MD 20722
>
>Kelly Stephens, Fulfillment Specialist
>The Corporation Trust Inc.
>300 E. Lombard Street
>Baltimore, MD 21202

/s/
Mark J. Murphy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Boiler and Furnace Cleaners Inc.,<br><br>Defendant. | C. A. No. 1:07-cv-00948<br>Judge Reggie B. Walton |

## ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Plaintiffs' Request for Entry of Default, a Default is hereby entered against Boiler and Furnace Cleaners Inc. The Defendant has failed to plead or otherwise defend against this action within twenty (20) days of receiving the Plaintiffs' Complaint.

Dated:  _____

_____
Clerk of the Court
United States District Court
for the District of Columbia

# AFFIDAVIT OF PROCESS SERVER

United States District Court                    District Of Columbia

**Style of the Case:** Teamsters Local 639-Employers Health Trust and its Trustees, and Teamsters Local 639-Employers Pension Trust and its Trustees Plaintiff versus Boiler & Furnace Cleaners, Inc. Defendant

**Law Firm:** Mooney, Green, Baker & Saindon, P.C.

**Case Number:** 07 CV 94B (RBW)                    **Court Date:**

Legal documents received by Same Day Process Service on May 29th, 2007 at 3:30 PM to be served upon **Boiler & Furnace Cleaners, Inc., c/o The Corporation Trust Inc. at 300 E. Lombard St., Baltimore, MD. 21202**

I, David G. Spry, Jr., swear and affirm that on 5/30/07 at 4:06 pm, I effectuated service of process by delivering a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits A-I** in the following manner according to State statutes:

___ Individual Service: Service was rendered on the required person listed on the documents.

___ Substitute Service: _____ was served, as _____.

___ Posted Service: By attaching a copy to a conspicuous place on the property described in the complaint or summons. The first attempt of service occurred on _____ at _____.

_X_ Corporate Service: Service was rendered on Kelly Stephens as Fulfillment Specialist of the corporation.

___ Other Type of Service / Non-Service: _____.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am legally authorized to serve court documents within the above named jurisdiction.

Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000003210

The foregoing instrument was acknowledged before me on this 1st day of June 2007, 2007, by David G. Spry, Jr., who is personally known to me or who has produced _____ as identification.

Elizabeth C Hoxter
Notary Printed Name    Notary Signature

4.11.09
Commission Expiration Date

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court  District Of Columbia

**Teamsters Local 639-Employers Health Trust and its Trustees, and Teamsters Local 639-Employers Pension Trust and its Trustees**

    Plaintiff

vs.

**Boiler & Furnace Cleaners, Inc.**

    Defendant

Attorney:

Mooney, Green, Baker & Saindon, P.C.
1920 L St., NW, Suite 400
Washington, DC. 20036

**Case Number:** 07 CV 94B (RBW)

Legal documents received by Same Day Process Service on May 29th, 2007 at 3:30 PM to be served upon **Boiler & Furnace Cleaners, Inc. c/o Patrick Hurley, Treasurer at 4320 Bladensburg Rd., Brentwood, MD. 20722**

I, B. Tony Snesko, swear and affirm that on **June 06th, 2007 at 11:50 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits A-I** to **Patrick Hurley** as **Treasurer** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 5'10   Weight: 170   Skin Color: White   Hair Color: Black/Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000003209

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this ___ day of _____
_____
Notary Public
My commission expires_____

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.