Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TEAMSTERS LOCAL 639-EMPLOYERS HEALTH TRUST, et al.,

    Plaintiff(s)

v.

Civil Action No. 07-948 RBW

BOILER AND FURNACE CLEANERS INC

    Defendant(s)

RE: BOILER AND FURNACE CLEANERS INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 6/6/07, and an affidavit on behalf of the plaintiff having been filed, it is this 20TH day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk