UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TEAMSTERS LOCAL 639–EMPLOYERS )
HEALTH TRUST, *et al.*, )
)
     Plaintiffs, )
)
v. )     C. A. No. 1:07-cv-00948
)     Judge Reggie B. Walton
BOILER AND FURNACE CLEANERS, INC., )
)
     Defendant. )
)

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and for the reasons set

forth in the attached memorandum, Plaintiffs Teamsters Local 639-Employers Health Trust and

Employers Pension Trust ("Funds") and the Fund's Trustees move this Court to enter default

judgment in their favor in the amount of $24,262.23.

               Respectfully submitted,

               /s/
               _____

               Richard Welch, Esq.
               D.C. Bar No. 485756
               Michael L. Artz, Esq.
               D.C. Bar No. 468025
               Mooney, Green, Baker & Saindon, P.C.
               1920 L Street, N.W., Suite 400
               Washington, D.C. 20036
               (202) 783-0010
               (202) 783-6088 (fax)

               Counsel for Plaintiffs

August 17, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BOILER AND FURNACE CLEANERS, INC.., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

C. A. No. 1:07-cv-00948
Judge Reggie B. Walton

**ORDER**

On the basis of Plaintiffs' Motion for Default Judgment and supporting memorandum, IT IS this ____ day of _____, 2007, by the United States District Court for the District of Columbia, ORDERED:

1. That Plaintiffs' Motion for Default Judgment is hereby GRANTED;

2. Defendant is delinquent in remitting its contributions to the Plaintiffs;

3. That judgment shall be entered in favor of Plaintiffs in the amount of $24,262.23, for unpaid contributions, liquidated damages, interest, costs and attorneys fees;

4. A permanent injunction is entered requiring Defendant to timely pay all contributions to the Pension and Health Trusts as they become due and owing;

5. That the Clerk of the Court shall mail or transmit copies of this Order to Defendant and counsel for Plaintiffs.

_____
United States District Court Judge
Reggie B. Walton

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of August, 2007 a true and correct copy of

the foregoing PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT and the

MEMORANDUM IN SUPPORT thereof was filed electronically with the Court and served via

United States mail to the following addresses for Defendant:

> Boiler and Furnace Cleaners Inc.
> Patrick Hurley, Treasurer
> 4320 Bladensburg Road
> Brentwood, MD 20722
>
> Kelly Stephens, Fulfillment Specialist
> The Corporation Trust Inc.
> 300 E. Lombard Street
> Baltimore, MD 21202

_____/s/_____

Michael L. Artz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 1:07-cv-00948 |
| BOILER AND FURNACE CLEANERS, INC., | ) ) | Judge Reggie B. Walton |
| Defendant. | ) ) ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT**

**INTRODUCTION**

Pursuant to Rule 55(b)(2), Plaintiffs Teamsters Local 639-Employers Health Trust and

Employers Pension Trust ("Funds") and the Fund's Trustees are entitled to default judgment in

this matter because Defendant Boiler & Furnace Cleaners Inc. has failed to plead or otherwise

defend itself in this case and Plaintiffs are entitled to judgment as a matter of law.

**STATEMENT OF FACTS**

The complaint and summons for this case were served on Defendant on May 30, 2007

and June 6, 2007. A true and correct copy of the Affidavits of Service are attached hereto as

Exhibit A. Defendant failed to respond within the twenty (20) days required by Rule 12(a)(1)(A).

On July 19, 2007,  Plaintiffs filed a Motion for Entry of Default against the Defendant.  The

Clerk of the Court entered the default of the Defendant on July 20, 2007.

Pursuant to the Collective Bargaining Agreements entered into between Defendant and

Teamsters Local Union No. 639, Defendant is required to make periodic contributions to the Funds. Pursuant to Article XXVII of the 2001 Agreement, effective October 16, 2001, Defendant was required to make contributions to the Health Trust in the amount of $3.02 per hour or portion thereof for each employee that had performed work. Effective October 16, 2003, Defendant was required to make contributions to the Health Trust in the amount of $3.17 per hour or portion thereof for each employee that had performed work. Pursuant to Article XXVII of the 2004 Agreement, effective October 16, 2005, Defendant is required to make contributions to the Health Trust in the amount of $3.52 per hour or portion thereof for each employee that has performed work. Effective October 16, 2006, the parties were to implement a new and yet undetermined contribution rate to the Health Trust. The parties to date have not negotiated a new contribution rate, and therefore, the existing rate of $3.52 remains in effect. (Complaint, ¶ 14).

Pursuant to Article XXVIII of the 2001 Agreement, effective October 16, 2001, Defendant was required to make contributions to the Pension Trust in the amount of $1.50 per hour or portion thereof for each employee that performed work. Effective October 16, 2002, Defendant was required to make contributions to the Pension Trust in the amount of $1.95 per hour or portion thereof for each employee that performed work. Effective October 16, 2003, Defendant was required to make contributions to the Pension Trust in the amount of $2.41 per hour or portion thereof for each employee that performed work. Pursuant to Article XXVIII of the 2004 Agreement, effective October 16, 2006, Defendant was required to make contributions to the Pension Trust in the amount of $3.46 per hour or portion thereof for each employee that has performed work. (Complaint, ¶ 15).

2

Also pursuant to the Collective Bargaining Agreements, Defendant is bound by the Agreements and Declarations of Trust ("Trust Agreements") for the Funds. Pursuant to Article VI of the Trust Agreements governing each of the Health and Pension Trusts, Defendant is required to make its monthly contributions to the Trusts according to the payment rules set by the Trustees. In accordance with Article VI of the Trust Agreements, Defendant is required to make all contributions to the Trusts on or before the last day of the month following the month in which the employee worked. See Exhibits A and B to the Complaint, Article VI, Section 6.4. If Defendant's contributions are paid late, under the rules promulgated by the Trustees of the Health and Pension Trusts, interest is assessed at the prime rate or at a monthly rate of 1.5%, whichever is greater. See Exhibits A and B to the Complaint, Article VI, Section 6.5. (Complaint, ¶ 18).

The Health and Pension Trusts also provide that liquidated damages will be imposed on delinquent and/or late contributions in the amount of 10% of the delinquency. See Exhibits A and B to the Complaint, Article VI, Section 6.5. (Complaint, ¶ 19). Furthermore, the Health and Pension Trusts obligate delinquent employers to pay the Health and Pension Trusts' costs and expenses of collection, including audit fees, attorney fees and court costs. See Exhibits A and B to the Complaint, Article VI, Section 6.5. (Complaint, ¶ 20).

As the attached Affidavit of Assistant Accounting Manager for the Funds Helen Assefa shows, the Defendant failed to timely remit contributions owed to the Funds during a period beginning in November 2003 and ending in June 2005. As a result of the Defendant's failure to timely remit contributions from November 2003 to June 2005, as of July 20, 2007, Defendant

3

owes to the Health Trust $687.89 in interest from late payments, $3292.18 in liquidated damages and $61.84 for amounts paid at the incorrect rate. As a result of the Defendant's failure to timely remit contributions from November 2003 to June 2005, Boiler and Furnace owes to the Pension Trust $353.81 in interest from late payments, $1714.42 in liquidated damages and $151.72 for amounts paid at the incorrect rate. A true and correct copy of the Affidavit of Assistant Accounting Manager for the Funds Helen Assefa is attached hereto as Exhibit B.

As a result of a 1999 settlement agreement between the Trust Funds and the Boiler and Furnace, a credit of $2,762.61 was applied to Boiler and Furnaces's amount owed to the Health Fund and a credit of $1,016.86 was applied to Boiler and Furnace's amount owed to the Pension Fund.

As the attached affidavit of Assistant Accounting Manager for the Funds Helen Assefa also shows, on or about January 31, 2005, the Funds, by and through the accounting firm of Regardie, Brooks & Lewis performed a payroll audit of Defendant. An affidavit from auditor Nathan J. Rosen is attached hereto as Exhibit C. The payroll audit revealed that Defendant failed to report some hours and also reported some hours at an incorrect rate. Defendant failed to report hours and underreported hours worked by its covered employees to the Pension and Health Funds for the period January 1, 2003 to December 31, 2005. The payroll audit revealed that Defendant failed to report 1,592 hours to the Health Fund and failed to report 1,199.50 hours to the Pension Fund. The payroll audit revealed that Defendant reported 4,367.25 hours to the Health Fund at the incorrect rate and reported 4,033 hours to the Pension Fund at the incorrect rate. Based on these unreported hours and hours reported at the wrong rate, Defendant owes the Health Trust

4

$4,825.40 for unreported hours, $655.09 for contributions made at an incorrect rate and $548.05 in liquidated damages. As a result of the under payments, Boiler and Furnace owes the Pension Trust $2,299.20 for unreported hours, $1,411.55 for contributions made at an incorrect rate and $371.08 in liquidated damages.

In response to Defendant's failure to timely remit contributions, the Pension and Health Trusts sent notices to Defendant on or about May 10, 2005, June 9, 2005, July 12, 2005, August 12, 2005, September 19, 2005 and October 7, 2005. Additionally, the Pension and Health Trusts, by and through their attorneys, sent a letter dated February 14, 2006, to Defendant demanding payment of the contributions owed pursuant to the collective bargaining agreement and the Trust Agreements. In response to the letter, Defendant, by telephone, requested an email summarizing the amounts owed to the Pension and Health Funds. Plaintiffs, by and through their attorneys, sent an email dated April 12, 2006, to Defendant detailing the amounts owed and demanding payment. Counsel for the Pension and Health Trusts again demanded payment on July 20, 2006, August 16, 2006 and November 6, 2006. To date, Defendant has not remitted the missing and/or late contributions.

Furthermore, as a result of the under payments detailed in the audit, the Pension and Health Trusts sent notices to Defendant on October 16, 2006 and November 21, 2006 demanding payment. Defendant did not respond to these correspondence and Defendant has not remitted that amounts due to the Pension and Health Funds.

In connection with the Defendant's delinquency, the Plaintiffs have incurred attorneys' fees and court costs. Plaintiffs have incurred $7,275.00 in attorney fees in connection with this

case. The fees include communicating with the Fund office, drafting the demand letters, drafting the complaint and drafting the default pleadings. See Declaration of Michael L. Artz in Support of Motion for Default Judgment, attached hereto as Exhibit D.

Defendant's actions have caused, and continue to cause, great harm to the Trusts in a variety of ways, including, but not limited to, the following: they have caused the Trusts to incur collection and other expenses associated with pursuing this delinquency and unpaid contributions; they have caused a loss of the time value of the delinquent and unpaid contributions to the Trusts; and they have resulted in a discrediting of the Trusts' ability to enforce obligations owed to it, which may result in other employers utilizing the same tactics.

Wherefore, Plaintiffs' Motion for Default Judgment should be granted and Plaintiffs Teamsters Local 639-Employers Health Trust should be awarded $10,070.45 and Teamsters Local 639-Employers Pension Trust should be awarded $ 6,301.78. The Plaintiffs have incurred attorneys fees of $7,275.00 and costs of $615.00. Accordingly, the total amount due to the Pension and Health Funds is $24,262.23.

## ARGUMENT

The court may enter a default judgment against a defendant who fails to defend its case. *Keegel v. Key West & Caribbean Trading Co.,* 627 F.2d 372, 375 (D.C. Cir. 1980). Rule 55(b)(2) of the Federal Rules of Civil Procedure authorizes the Court to enter a default judgment against the defendant for the amount claimed plus costs. Fed. R. Civ. P. 55(b)(2). A default judgment is appropriate "when the adversary process has been halted because of an essentially unresponsive party." *Jackson v. Beech,* 636 F.2d 831, 835-36 (D.C. Cir. 1980). In this case, the Defendant has

6

failed to defend itself in this case and a default judgment in favor of the Plaintiffs is appropriate.

This action arises under Sections 502(a)(3), 502(g)(2) and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, et seq., to collect unpaid contributions, interest on the delinquent and unpaid contributions, and liquidated damages owed to the employee benefit plans as a result of the Defendant's violation of the applicable collective bargaining agreements and applicable trust agreements.

Section 515 of ERISA, 29 U.S.C. § 1145 provides:

> Every employer who is obligated to make contributions to a multiemployer plan under the terms of the plan or under the terms of a collectively bargained agreement shall, to the extent not inconsistent with law, make such contributions in accordance with the terms and conditions of such plan or such agreement.

In this case, the Plaintiffs established, through affidavits, that Defendant failed to make timely contributions for the period of November 2003 to June 2005.   Plaintiff further established that Defendant underreported the hours worked by covered employees.  Based on these unreported hours, Defendant owes contributions for the period of January 2003 to December 2005.

Under the applicable Trust Agreements, Defendant is required to pay liquidated damages and interest on all late or unpaid contributions.  The Trust Agreements also require the delinquent employer to pay the Funds attorneys' fees and court costs in the event of litigation to collect delinquent contributions.  In addition, ERISA Section 502(g)(2), 29 U.S.C. § 1132(g)(2), provides:

> (2) In any action under this title by a fiduciary for or on behalf of a plan to enforce section 515 in which a judgment in favor of the plan is awarded, the court

7

shall award the plan--
    (A) the unpaid contributions,
    (B) interest on the unpaid contributions,
    (C) an amount equal to the greater of--
       (i) interest on the unpaid contributions, or
       (ii) liquidated damages provided for under the plan in an amount not in
excess of 20 percent (or such higher percentage as may be permitted under Federal
or State law) of the amount determined by the court under subparagraph (A),
    (D) reasonable attorney's fees and costs of the action, to be paid by the
defendant, and
    (E) such other legal or equitable relief as the court deems appropriate.

Under Section 502(g)(2), the award of liquidated damages, interest and attorneys' fees and costs

is mandatory to a prevailing employee benefit fund. *Flynn v. Pulaski Const. Co.*, 2006 U.S. Dist.

LEXIS 91441, *5 (D.D.C. 2006)( "the award of unpaid contributions (including both pension

contributions and contributions to the trust that provides apprenticeship training to plan

members), interest, liquidated damages, and reasonable attorneys' fees and costs is mandatory.").

    Here, the Plaintiffs are entitled to a default judgment in the following amount:

| | |
|---|---|
| Unpaid Contributions | $7,124.60 |
| Liquidated Damages | $5,925.73 |
| Interest | $1,041.70 |
| Contributions at Wrong Rate | $2,280.20 |
| Attorneys' Fees | $7,275.00 |
| Costs | $615.00 |
| **TOTAL** | **$24,262.23** |

    Furthermore, the Court should enter a permanent injunction requiring Defendant to timely

pay all contributions to the Funds as they become due and owing should be entered. *See e.g.,*

*Flynn v. Angelucci Bros. & Sons, Inc.*, 448 F.Supp.2d 193 (D.D.C. 2006); *Flynn v. Mastro*

*Masonry Contractors*, 237 F. Supp. 2d 66, 70 (D.D.C. 2002) ("ERISA authorizes the court to

provide for other legal or equitable relief as the court deems appropriate.") Such an injunction is proper because unpaid and untimely contributions harm the Funds in many way, including expenses associated with pursuing delinquent and unpaid contributions; the loss of the time value of the delinquent and unpaid contributions to the Trusts; and a discrediting of the Trusts' ability to enforce obligations owed to it, which may result in other employers utilizing the same tactics. Furthermore, when an employer fails to remit its owed contributions to the Health Fund, the Health Fund is required by law to send notices to participants informing them that they must pay for their own benefits and informing them of their rights to continue coverage conditioned on the employee's own payment of premiums under the Consolidated Omnibus Budget Reconciliation Act ("COBRA"). Additionally, when an employer fails to remit owed contributions to the Health Fund, and health care providers call to verify employee eligibility under the plan, the Health Fund cannot confirm coverage, thereby potentially hindering immediate medical treatment.

## CONCLUSION

For the reasons set forth above, the Court should enter a default judgment against Defendant and in favor of Plaintiffs in the amount of $24,262.23. In addition, the Court should enter a permanent injunction requiring Defendant to remit its contribution to the Health Fund and the Pension Fund in a timely manner.

Respectfully submitted,

__/s/_____
Richard Welch, Esq.
D.C. Bar No. 485756

9

Michael L. Artz, Esq.
D.C. Bar No. 468025
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-0010
(202) 783-6088

Counsel for Plaintiffs

August 17, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of August, 2007 a true and correct copy of the foregoing PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT and the MEMORANDUM IN SUPPORT thereof was filed electronically with the Court and served via United States mail to the following addresses for Defendant:

> Boiler and Furnace Cleaners Inc.
> Patrick Hurley, Treasurer
> 4320 Bladensburg Road
> Brentwood, MD 20722
>
> Kelly Stephens, Fulfillment Specialist
> The Corporation Trust Inc.
> 300 E. Lombard Street
> Baltimore, MD 21202

_____/s/_____

Michael L. Artz

11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Boiler and Furnace Cleaners Inc., | ) ) |
| Defendant. | ) ) ) |

C. A. No. 1:07-cv-00948
Judge Reggie B. Walton

**ORDER**

On the basis of Plaintiffs' unopposed Motion for Default Judgment and supporting

memorandum, IT IS this _____ day of _____, 2007, by the United States District

Court for the District of Columbia, ORDERED:

1.     That Plaintiffs' Motion for Default Judgment is hereby GRANTED;

2.     Defendant is delinquent in remitting its contributions to the Plaintiffs;

3.     That judgment shall be entered in favor of Plaintiffs in the amount of $ 24,262.23.

4.     A permanent injunction is entered requiring Defendant to timely pay all

contributions to the Pension and Health Trusts as they become due and owing;

5.     That the Clerk of the Court shall mail or transmit copies of this Order to counsel

for Plaintiffs and Defendant.

_____
Reggie B. Walton
United States District Court Judge

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**Teamsters Local 639-Employers Health Trust and its Trustees, and Teamsters Local 639-Employers Pension Trust and its Trustees**

    Plaintiff

vs.

**Boiler & Furnace Cleaners, Inc.**

    Defendant

Attorney:

Mooney, Green, Baker & Saindon, P.C.
1920 L St., NW, Suite 400
Washington, DC. 20036

**Case Number:** 07 CV 94B (RBW)

Legal documents received by Same Day Process Service on May 29th, 2007 at 3:30 PM to be served upon **Boiler & Furnace Cleaners, Inc. c/o Patrick Hurley, Treasurer at 4320 Bladensburg Rd., Brentwood, MD. 20722**

I, B. Tony Snesko, swear and affirm that on **June 06th, 2007 at 11:50 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits A-I** to **Patrick Hurley** as **Treasurer** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 5'10   Weight: 170   Skin Color: White   Hair Color: Black/Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

**(202) 398-4200**

Internal Job ID: 0000003209

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this _____ day of _____

Notary Public, D.C.
My commission expires_____

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                    **District Of Columbia**

**Style of the Case:** Teamsters Local 639-Employers Health Trust and its Trustees, and Teamsters Local 639-Employers Pension Trust and its Trustees Plaintiff versus Boiler & Furnace Cleaners, Inc. Defendant

**Law Firm:** Mooney, Green, Baker & Saindon, P.C.

**Case Number:** 07 CV 94B (RBW)                    **Court Date:**

Legal documents received by Same Day Process Service on May 29th, 2007 at 3:30 PM to be served upon **Boiler & Furnace Cleaners, Inc.,** c/o The Corporation Trust Inc. at 300 E. Lombard St., Baltimore, MD. 21202

I, _David G. Spry. Jr_ , swear and affirm that on _5/30/07_ at _4:06 pm_ , I effectuated service of process by delivering a conformed copy of this **Summons in a Civil Case; Civil Cover Sheet; Complaint; Exhibits A-I** in the following manner according to State statutes:

_____ **Individual Service:** Service was rendered on the required person listed on the documents.

_____ **Substitute Service:** _____ was served, as _____.

_____ **Posted Service:** By attaching a copy to a conspicuous place on the property described in the complaint or summons. The first attempt of service occurred on _____ at _____.

X **Corporate Service:** Service was rendered on _Kelly Stephens_ as _Fulfillment Specialist_ of the corporation.

_____ **Other Type of Service / Non-Service:** _____.

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am legally authorized to serve court documents within the above named jurisdiction.

_____
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000003210

The foregoing instrument was acknowledged before me on this _1st_ day of _June_ _2007_ , 2007, by _David G. Spry, Jr._ , who is personally known to me or who has produced _____ as identification.

_Elizabeth C Hoxtr_   _Elizabeth C Hoxtr_
Notary Printed Name       Notary Signature

_4/11/09_
Commission Expiration Date

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*,   )<br><br>    Plaintiffs,   )<br><br>v.   )<br><br>BOILER AND FURNACE CLEANERS, INC..,   )<br><br>    Defendant.   ) | C. A. No. 1:07-cv-00948<br>Judge Reggie B. Walton |

**AFFIDAVIT OF HELEN ASSEFA**

1.    I am employed by Tedro & Associates ("Tedro"), which, under the supervision and direction of the Board of Trustees of the Teamsters Local 639-Employers Health Trust ("Health Trust") and Employers Pension Trust ("Pension Trust") (collectively "Funds"), have administered the Funds.  I hold the position of assistant accounting manager for the Funds, with principle responsibility for managing the operation of the Funds' office.  Among my responsibilities are the custody and control over the Funds' records.

2.    Among the tasks performed by Tedro, over which I have supervision and control, are maintaining the Funds' records, determining whether participating employers have satisfied their obligations to the Funds, and assisting in efforts to collect delinquent contributions from participating employers who have not met their obligations to the Funds.

3.    According to the Funds' records, Boiler and Furnace Cleaners, Inc. ("Boiler and Furnace" or "Defendant")  was a signatory to a collective bargaining agreement executed with Teamsters Local 639 ("Local 639" or "Union") and covering the years from October 16, 2004

through October 15, 2007 ("2004 Agreement") . A true and correct copy of the 2004 Agreement is attached as Exhibit C to the Complaint filed in the above captioned case ("Complaint"). According to the Funds' records, Boiler and Furnace was also signatory to a collective bargaining agreement executed with Local 639 covering the years from October 16, 2001 through October 15, 2004 ("2001 Agreement"). A true and correct copy of the 2001 Agreement is attached as Exhibit D to the Complaint.

4.     From period beginning in November 2003 and ending in June 2005, Boiler and Furnace failed to make its required contributions to the Funds in a timely manner. Boiler and Furnace's delinquencies are described accurately in the Complaint.

5.     As a result of Boiler and Furnace's failure to remit contributions from November 2003 to June 2005, as of July 20, 2007, Boiler and Furnace owes to the Health Trust $687.89 in interest from late payments, $3,292.18 in liquidated damages and $61.84 for amounts paid at the incorrect rate. Boiler and Furnace owes to the Pension Trust $353.81 in interest from late payments, $1,714.42 in liquidated damages and $151.72 for amounts paid at the incorrect rate.

6.     As a result of a 1999 settlement agreement between the Trust Funds and the Boiler and Furnace, a credit of $2,762.61 was applied to Boiler and Furnaces's amount owed to the Health Fund and a credit of $1,016.86 was applied to Boiler and Furnace's amount owed to the Pension Fund.

7.     On or about January 31, 2005, the Pension and Health Trusts, by and through the accounting firm of Regardie, Brooks & Lewis performed a payroll audit of Boiler and Furnace. The payroll audit included analysis of pertinent provisions of the collective bargaining agreement and comparison of underlying payroll records of the Defendant to contribution reports received by the

-2-

Trust Fund. A true and correct copy of the Audit Report receive by and relied upon by the Funds is attached hereto as an Exhibit. It is customary in the regular course of administering the Funds to request, receive and rely upon payroll audit reports such as the report attached to this affidavit.

8.    The payroll audit revealed under payments and non-payments to the Health and Pension Trusts for the work periods January 1, 2003 to December 31, 2005. The payroll audit revealed that Defendant failed to report 1,592 hours to the Health Fund and failed to report 1,199.50 hours to the Pension Fund. The payroll audit revealed that Defendant reported 4,367.25 hours to the Health Fund at the incorrect rate and reported 4,033 hours to the Pension Fund at the incorrect rate. Based on these unreported hours and hours reported at the wrong rate, Defendant owes the Health Trust $4,825.40 for unreported hours, $655.09 for contributions made at an incorrect rate and $548.05 in liquidated damages. As a result of the under payments, Boiler and Furnace owes the Pension Trust $2,299.20 for unreported hours, $1,411.55 for contributions made at an incorrect rate and $371.08 in liquidated damages. Interest is to be assessed at the rate of 1.5% or the prime rate, whichever is higher, at the time payment is received by the Funds.

9.    The delinquencies have caused, and continue to cause, the Trusts to incur collection and other expenses associated with pursuing this delinquency and unpaid contributions and they have caused a loss of the time value of the delinquent and unpaid contributions to the Trusts.

10.    I have read this Affidavit in its entirety.  Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on Date: 08/17/07

_____
Helen Assefa

-4-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BOILER AND FURNACE CLEANERS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C. A. No. 1:07-cv-00948
Judge Reggie B. Walton

**AFFIDAVIT OF NATHAN J. ROSEN**

1.     I am employed by the accounting firm of Regardie, Brooks & Lewis ("Regardie") as a certified public accountant.

2.     Regardie was retained by the Board of Trustees of the Teamsters Local 639-Employers Health Trust ("Health Trust") and by the Board of Trustees of the Teamsters Local 639-Employers Pension Trust ("Pension Trust") (collectively "Funds"), and its administrating firm Tedro & Associates, to perform an audit of the payroll records of Boiler and Furnace Cleaners, a contributing employer to the Funds.

3.     For the period of January 1, 2003 to December 31, 2005, I performed the requested audit for the purpose of determining whether contributions to the Funds were being made in accordance with the collective bargaining agreement in effect and with the Trust Agreements of the Funds.

4.     The copy of the audit report attached as an exhibit to this affidavit is a true and accurate copy of the report I prepared detailing the results of the audit.

5.    In conducting the audit and preparing the audit report, I utilized procedures in accordance with attestation standards established by the American Institute of Certified Public Accountants. As part of the audit, I reviewed relevant provisions of the collective bargaining agreements and compared underlying employer payroll records to the employer contribution reports received by the Funds. I also reviewed employer payroll journals and contribution reports.

6.    The audit revealed under payments and non-payments to the Funds for the work periods January 1, 2003 to December 31, 2005. The payroll audit revealed that Boiler and Furnace Cleaners failed to report 1,592 hours to the Health Fund and failed to report 1,199.50 hours to the Pension Fund. The payroll audit revealed that Boiler and Furnace Cleaners reported 4,367.25 hours to the Health Fund at an incorrect contribution rate and reported 4,033 hours to the Pension Fund at an incorrect contribution rate. Based on these unreported hours and hours reported at the wrong rate, Boiler and Furnace Cleaners owes the Health Trust $4,825.40 for unreported hours and $655.09 for contributions made at an incorrect rate. As a result of the under payments, Boiler and Furnace owes the Pension Trust $2,299.20 for unreported hours and $1,411.55 for contributions made at an incorrect rate. These findings are accurately reflected in the audit report.

7.    I have read this Affidavit in its entirety. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on Date: 8/17/07

Nathan J. Rosen

Nathan J. Rosen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639–EMPLOYERS HEALTH TRUST, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Boiler and Furnace Cleaners Inc., | ) ) |
| Defendant. | ) ) ) |

C. A. No. 1:07-cv-00948
Judge Reggie B. Walton

**DECLARATION OF MICHAEL L. ARTZ IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT**

I, Michael L. Artz, declare the following in support of the Motion for Default Judgment
filed by Plaintiffs Teamsters Local 639-Employers Health Trust and Employers Pension Trust
("Funds") and the Funds' Trustees:

1.   I am an associate with the firm of Mooney, Green, Baker & Saindon, P.C. ("the Firm").

2.   The Firm serves as counsel to the Funds and the Funds' Trustees.

3.   The Firm's involvement in this case included preparing, reviewing and revising
documents, including the Complaint, Request for Entry of Default and Motion for Default
Judgment with Memorandum in Support of the Motion for Default Judgment, prior to
filing these documents with the Court. In addition, the Firm engaged in various efforts to
collect the Defendant's delinquent contributions, interest and liquidated damages
payments in this matter.

4.   For the relevant time periods, I performed thirty-eight (38) hours of legal service in this
matter. The rates charged were the customary rates that the Firm charged the Plaintiffs to
provide legal services during the time periods at issue in this case.

5.   For the relevant time periods, Richard Welch, a partner in the Firm, performed eleven and

a half (11.5) hours of legal service in this matter. The rates charged were the customary rates that the Firm charged the Plaintiffs to provide legal services during the time periods at issue in this case.

6.     For the relevant time periods, Elizabeth A. Saindon, a senior partner in the Firm, performed one (1) hour of legal service in this matter. The rates charged were the customary rates that the Firm charged the Plaintiffs to provide legal services during the time periods at issue in this case.

7.     The Firm's hourly rate for senior partners for work performed for the Funds is $250.00 per hour. The Firm's hourly rate for partners for work performed for the Funds is $170.00 per hour. The Firm's hourly rate for associates for work performed for the Funds is $135.00 per hour.

8.     A summary of the relevant July billing entries for this matter is attached hereto as an Exhibit. I have reviewed these entries and determined that they are an accurate record of attorneys' fees incurred by the Plaintiffs in the course of this matter. The billing entries for August have not yet been finalized. The amount of hours billed in August totaled five hours for myself and 1.2 hours for Richard Welch. The total amount incurred to date is $7,275.00.

9.     Additionally, the Funds incurred a filing fee of $350.00 in this case and a fee for service of process of $265.00.

Pursuant to the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____          Date: August 17, 2007
          Michael L. Artz

-2-



# REGARDIE, BROOKS & LEWIS

### CHARTERED
#### CONSULTANTS & CERTIFIED PUBLIC ACCOUNTANTS

7101 WISCONSIN AVENUE, SUITE 1012 · BETHESDA, MARYLAND 20814
TEL. (301) 654-9000    e-mail: rblcpa@rblcpa.com    FAX: (301) 656-3056

## INDEPENDENT ACCOUNTANT'S REPORT

PAUL J. GNATT, CPA
PHILIP R. BAKER, CPA
NATHAN J. ROSEN, CPA
CELSO T. MATAAC, JR., CPA
DOUGLAS A. DOWLING, CPA
BRIAN J. GIGANTI, CPA
SETH C. ALLEN, CPA
NANCY P. SHIREY, CPA

CONSULTANTS
JEROME P. LEWIS, CPA
DAVID A. BROOKS, CPA
JESSE A. KAISER, CPA

October 6, 2006

To the Board of Trustees
Teamsters Local 639 - Employers Health Trust Fund, and
 Teamsters Local 639 - Employers Pension Trust Fund
3130 Ames Place, NE
Washington, D.C. 20018

We have performed the procedures enumerated below to the payroll records of Boiler and Furnace Cleaners, a contributing employer to the Teamsters Local 639 - Employers Health Trust Fund and Teamsters Local 639 - Employers Pension Trust Fund (Trust Funds) for the period January 1, 2003 to December 31, 2005. The Trust Funds have agreed to the said procedures. The purpose of the agreed upon procedures is solely to determine whether contributions to the Trust Funds were being made in accordance with the collective bargaining agreement in effect and with the Trust Agreements of the Trust Funds. This agreed-upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose. The propriety of the contributions is the responsibility of the employer's management.

Our procedures included reading the pertinent provisions of the collective bargaining agreements and comparing underlying employer payroll records to the contribution reports received by the Trust Fund. The employer records we reviewed included payroll journals and contribution reports. The procedures were performed on a test basis on selected employees. The scope of this engagement was limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Funds. Any compensation paid to employees not disclosed to us or made part of the written record was not determinable by us and was not included in our review.

The results of our procedures are set forth in the accompanying Exhibit "A" and related schedules. In summary, our procedures indicated that $10,110.37 is due the Trustee by Boiler and Furnace Cleaners.

We were not engaged to, and did not, conduct an audit, the objective of which would be the expression of an opinion on the employer contribution reports submitted by Boiler and Furnace Cleaners. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of the Trustees of the Funds and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*Regardie, Brooks & Lewis*

Certified Public Accountants

EXHIBIT "A"

TEAMSTERS LOCAL 639 TRUST FUNDS
WASHINGTON, DC

SUMMARY OF RESULTS OF AGREED-UPON PROCEDURES

FOR THE PERIOD
JANUARY 1, 2003 TO DECEMBER 31, 2005

| Schedule | Differences determined | Amounts of due | | |
|---|---|---|---|---|
| | | Health Fund | Pension Trust Fund | Total |
| A-1 and A-2 | Unreported hours | $ 4,825.40 | $ 2,299.20 | $  7,124.60 |
| B-1 | Incorrect Rates | 655.09 | 1,411.55 | 2,066.64 |
| | Total | 5,480.49 | 3,710.75 | 9,191.24 |
| | Liquidated damages - 10% | 548.05 | 371.08 | 919.13 |
| | Total due | $ 6,028.54 | $ 4,081.83 | $ 10,110.37 |

*REGARDIE, BROOKS & LEWIS*
CHARTERED
CONSULTANTS & CERTIFIED PUBLIC ACCOUNTANTS

TEAMSTERS LOCAL 639 - TRUST FUNDS
WASHINGTON, D.C.

SUMMARY OF RESULTS OF AGREED UPON PROCEDURES

CONTRIBUTING EMPLOYER:

Name            Boiler & Furnace Cleaners

Address         4320 Bladensburg Road
                Brentwood, MD 20722

PERIOD COVERED BY EMPLOYER'S REPORTS:

January 1, 2003 to December 31, 2005

RESULTS OF PROCEDURES: HEALTH

| Year | Test Periods Quarter | Hours Reported To Fund | Actual Hours Per Audit | Unreported Hours Per Attached Schedule | Rate | Amount Due (Refund) |
|------|--------------|-----------|-----------|-----------|------|-----------|
| 2003 | 2nd | 1,967.75 | 3,574.75 | 1,607.00 | 3.02 | 4,853.14 |
| 2003 | 4th | 3,696.75 | 3,689.00 | -7.75 | 3.02 | -23.41 |
| 2004 | 1st | 1,609.50 | 1,619.50 | 10.00 | 3.17 | 31.70 |
| 2004 | 3rd | 3,905.75 | 3,804.50 | -101.25 | 3.17 | -320.96 |
| 2005 | 2nd | 2,238.75 | 2,292.50 | 53.75 | 3.32 | 178.45 |
| 2005 | 4th | 3,458.25 | 3,488.50 | 30.25 | 3.52 | 106.48 |
| TOTAL | | 16,876.75 | 18,468.75 | 1,592.00 | | 4,825.40 |

NOTE:   Health Trust: Contributions to be paid for each hour or portion thereof that the employee works.
        Pension Trust: Contributions to be paid for each hour or portion thereof that the employee works, with a maximum
             of 40 per week.

31610 audit summary.xls

TEAMSTERS LOCAL 639 - TRUST FUNDS
WASHINGTON, D.C.

SUMMARY OF RESULTS OF AGREED UPON PROCEDURES

**CONTRIBUTING EMPLOYER:**

| | |
|---|---|
| Name | Boiler & Furnace Cleaners |
| Address | 4320 Bladensburg Road |
| | Brentwood, MD 20722 |

**PERIOD COVERED BY EMPLOYER'S REPORTS:**

January 1, 2003 to December 31, 2005

**RESULTS OF PROCEDURES: PENSION**

| Year | Test Periods Quarter | Hours Reported To Fund | Actual Hours Per Audit | Unreported Hours Per Attached Schedule | Rate | Amount Due (Refund) |
|---|---|---|---|---|---|---|
| 2003 | 2nd | 1,822.00 | 3,093.25 | 1,271.25 | 1.95 | 2,478.94 |
| 2003 | 4th | 3,573.00 | 3,566.25 | -6.75 | 2.41 | -16.27 |
| 2004 | 1st | 1,475.00 | 1,479.25 | 4.25 | 2.41 | 10.24 |
| 2004 | 3rd | 3,382.50 | 3,291.25 | -91.25 | 2.41 | -219.91 |
| 2005 | 2nd | 2,125.75 | 2,189.25 | 63.50 | 2.76 | 175.26 |
| 2005 | 4th | 3,419.75 | 3,378.25 | -41.50 | 3.11 | -129.07 |
| TOTAL | | 15,798.00 | 16,997.50 | 1,199.50 | | 2,299.20 |

NOTE:    Health Trust: Contributions to be paid for each hour or portion thereof that the employee works.

Pension Trust: Contributions to be paid for each hour or portion thereof that the employee works, with a maximum of 40 per week.

31610 audit summary.xls

TEAMSTERS LOCAL 639 - TRUST FUNDS
WASHINGTON, D.C.

SUMMARY OF RESULTS OF AGREED UPON PROCEDURES

CONTRIBUTING EMPLOYER:

| | |
|---|---|
| Name | Boiler & Furnace Cleaners |
| Address | 4320 Bladensburg Road<br>Brentwood, MD 20722 |

PERIOD COVERED BY EMPLOYER'S REPORTS:

January 1, 2003 to December 31, 2005

## RESULTS OF PROCEDURES:  INCORRECT CONTRIBUTION RATE PAID

The contractor reported 4,367.25 Health hours for the period at the incorrect contribution rates.
The following table reflects the net difference:

Dollars:

| Month ended | Reported Hours | | Correct Rate | | Amount to be Paid | | Rate Paid | | Actual Amount Paid | | Net Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **HEALTH FUND:** | | | | | | | | | | | |
| 10/31/04 | 1,415.50 | $ | 3.32 | $ | 4,699.46 | $ | 3.17 | $ | 4,487.14 | $ | 212.33 |
| 11/30/04 | 768.25 | $ | 3.32 | | 2,550.59 | | 3.17 | | 2,435.35 | | 115.24 |
| 12/31/04 | 479.00 | $ | 3.32 | | 1,590.28 | | 3.17 | | 1,518.43 | | 71.85 |
| 1/31/05 | 367.25 | $ | 3.32 | | 1,219.27 | | 3.17 | | 1,164.18 | | 55.09 |
| 2/28/05 | 903.75 | $ | 3.32 | | 3,000.45 | | 3.17 | | 2,864.89 | | 135.56 |
| 3/31/05 | 433.50 | $ | 3.32 | | 1,439.22 | | 3.17 | | 1,374.20 | | 65.03 |
| **TOTAL** | 4,367.25 | | | $ | 14,499.27 | | | $ | 13,844.18 | $ | 655.09 |

31610 audit summary for rate.xls

TEAMSTERS LOCAL 639 - TRUST FUNDS
WASHINGTON, D.C.

SUMMARY OF RESULTS OF AGREED UPON PROCEDURES

CONTRIBUTING EMPLOYER:

| | |
|---|---|
| Name | Boiler & Furnace Cleaners |
| Address | 4320 Bladensburg Road |
| | Brentwood, MD 20722 |

PERIOD COVERED BY EMPLOYER'S REPORTS:

January 1, 2003 to December 31, 2005

RESULTS OF PROCEDURES:  INCORRECT CONTRIBUTION RATE PAID

The contractor reported 4,033.00 Pension hours for the period at the incorrect contribution rates.
The following table reflects the net difference:

Dollars:

| Month ended | Reported Hours | Correct Rate | Amount to be Paid | Rate Paid | Actual Amount Paid | Net Difference |
|---|---|---|---|---|---|---|
| **PENSION FUND:** | | | | | | |
| 10/31/04 | 1,316.25 $ | 2.76 $ | 3,632.85 | 2.41 | 3,172.16 $ | 460.69 |
| 11/30/04 | 748.50 $ | 2.76 | 2,065.86 | 2.41 | 1,803.89 | 261.97 |
| 12/31/04 | 479.00 $ | 2.76 | 1,322.04 | 2.41 | 1,154.39 | 167.65 |
| 1/31/05 | 367.25 $ | 2.76 | 1,013.61 | 2.41 | 885.07 | 128.54 |
| 2/28/05 | 688.50 $ | 2.76 | 1,900.26 | 2.41 | 1,659.29 | 240.98 |
| 3/31/05 | 433.50 $ | 2.76 | 1,196.46 | 2.41 | 1,044.74 | 151.73 |
| **TOTAL** | 4,033.00 | | $   11,131.08 | | 9,719.53 $ | 1,411.55 |

31610 audit summary for rate.xls

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:  BOILER & FURNACE CLEANERS
SUMMARY OF HOURS
PERIOD ENDED:            June 30, 2003

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| CLAY | BURCH | 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 | 323.00 | 103.25 | 219.75 |
| ANTHONY | BURTON | 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 | 465.00 | 253.25 | 211.75 |
| DONNIE | EVANS | 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 | 465.75 | 245.25 | 220.50 |
| MILKERS | GUPTON | 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 | 588.00 | 353.75 | 234.25 |
| PERCELL | HICKS | 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 | 519.25 | 326.75 | 192.50 |
| JULIUS | MUNGO | 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 | 560.50 | 332.75 | 227.75 |
| MICHAEL | TURNER | 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 | 442.50 | 290.50 | 152.00 |
| CURTIS | WILKINS | 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 | 210.75 | 62.25 | 148.50 |
| | TOTAL | | 3,574.75 | 1,967.75 | 1,607.00 |

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| CLAY | BURCH | 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 | 295.25 | 95.25 | 200.00 |
| ANTHONY | BURTON | 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 | 358.75 | 206.75 | 152.00 |
| DONNIE | EVANS | 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 | 380.25 | 213.75 | 166.50 |
| MILKERS | GUPTON | 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 | 478.25 | 318.25 | 160.00 |
| PERCELL | HICKS | 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 | 477.00 | 320.00 | 157.00 |
| JULIUS | MUNGO | 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 | 480.50 | 316.75 | 163.75 |
| MICHAEL | TURNER | 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 | 412.50 | 289.00 | 123.50 |
| CURTIS | WILKINS | 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 | 210.75 | 62.25 | 148.50 |
| | TOTAL | | 3,093.25 | 1,822.00 | 1,271.25 |

31610 PAYROLL AUDIT MASTER - 03.xls

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME: BOILER & FURNACE CLEANERS
SUMMARY OF HOURS
PERIOD ENDED:          December 31, 2003

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| MELVIN | BARNETT | 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 | 356.50 | 356.50 | 0.00 |
| CLAY | BURCH | 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 | 438.00 | 437.50 | 0.50 |
| ANTHONY | BURTON | 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 | 418.00 | 418.00 | 0.00 |
| DONNIE | EVANS | 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 | 400.75 | 400.75 | 0.00 |
| MILKERS | GUPTON | 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 | 484.00 | 494.00 | (10.00) |
| PERCELL | HICKS | 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 | 473.50 | 473.50 | 0.00 |
| JULIUS | MUNGO | 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 | 456.25 | 454.00 | 2.25 |
| MICHAEL | TURNER | 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 | 515.00 | 515.00 | 0.00 |
| CURTIS | WILKINS | 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 | 147.00 | 147.50 | (0.50) |
| | | | 3,689.00 | 3,696.75 | (7.75) |

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| MELVIN | BARNETT | 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 | 354.25 | 354.25 | 0.00 |
| CLAY | BURCH | 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 | 426.50 | 426.00 | 0.50 |
| ANTHONY | BURTON | 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 | 387.50 | 387.50 | 0.00 |
| DONNIE | EVANS | 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 | 382.75 | 382.75 | 0.00 |
| MILKERS | GUPTON | 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 | 470.25 | 480.25 | (10.00) |
| PERCELL | HICKS | 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 | 463.25 | 463.25 | 0.00 |
| JULIUS | MUNGO | 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 | 452.25 | 450.00 | 2.25 |
| MICHAEL | TURNER | 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 | 487.50 | 487.00 | 0.50 |
| CURTIS | WILKINS | 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 | 142.00 | 142.00 | 0.00 |
| | | | 3,566.25 | 3,573.00 | (6.75) |

31610 PAYROLL AUDIT MASTER - 03.xls

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME: BOILER & FURNACE CLEANERS
SUMMARY OF HOURS
PERIOD ENDED:        MARCH 31,2004

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| MELVIN | BARNETT | 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 | 0.00 | 0.00 | 0.00 |
| CLAY | BURCH | 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 | 0.00 | 0.00 | 0.00 |
| ANTHONY | BURTON | 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 | 202.00 | 202.00 | 0.00 |
| DONNIE | EVANS | 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 | 202.00 | 202.00 | 0.00 |
| MILKERS | GUPTON | 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 | 352.50 | 352.50 | 0.00 |
| PERCELL | HICKS | 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 | 413.75 | 402.75 | 11.00 |
| MICHAEL | TURNER | 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 | 449.25 | 450.25 | (1.00) |
| CURTIS | WILKINS | 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 | 0.00 | 0.00 | 0.00 |
| | TOTAL | | 1,619.50 | 1,609.50 | 10.00 |

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| MELVIN | BARNETT | 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 | 0.00 | 0.00 | 0.00 |
| CLAY | BURCH | 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 | 0.00 | 0.00 | 0.00 |
| ANTHONY | BURTON | 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 | 158.00 | 158.00 | 0.00 |
| DONNIE | EVANS | 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 | 158.00 | 158.00 | 0.00 |
| MILKERS | GUPTON | 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 | 338.00 | 338.00 | 0.00 |
| PERCELL | HICKS | 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 | 392.50 | 387.25 | 5.25 |
| MICHAEL | TURNER | 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 | 432.75 | 433.75 | (1.00) |
| CURTIS | WILKINS | 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 | 0.00 | 0.00 | 0.00 |
| | TOTAL | | 1,479.25 | 1,475.00 | 4.25 |

31610 PAYROLL AUDIT MASTER - 04.xls

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:    BOILER & FURNACE CLEANERS
SUMMARY OF HOURS
PERIOD ENDED:    SEPTEMBER 30,2004

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| ANTHONY | BURTON | 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 | 523.50 | 547.50 | (24.00) |
| DONNIE | EVANS | 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 | 436.75 | 475.50 | (38.75) |
| MILKERS | GUPTON | 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 | 678.25 | 686.25 | (8.00) |
| PERCELL | HICKS | 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 | 556.75 | 565.25 | (8.50) |
| MICHAEL | TURNER | 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 | 591.25 | 589.25 | 2.00 |
| CLAY | BURCH | 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 | 591.50 | 607.50 | (16.00) |
| CURTIS | WILKENS | 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 | 426.50 | 434.50 | (8.00) |
| | TOTAL | | 3,804.50 | 3,905.75 | (101.25) |

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| ANTHONY | BURTON | 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 | 423.50 | 447.00 | (23.50) |
| DONNIE | EVANS | 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 | 415.00 | 455.75 | (40.75) |
| MILKERS | GUPTON | 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 | 520.00 | 520.00 | 0.00 |
| PERCELL | HICKS | 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 | 509.00 | 509.00 | 0.00 |
| MICHAEL | TURNER | 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 | 491.75 | 499.00 | (7.25) |
| CLAY | BURCH | 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 | 506.75 | 518.50 | (11.75) |
| CURTIS | WILKENS | 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 | 425.25 | 433.25 | (8.00) |
| | TOTAL | | 3,291.25 | 3,382.50 | (91.25) |

31610 PAYROLL AUDIT MASTER - 04.xls

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME:     BOILER & FURNACE CLEANERS
SUMMARY OF HOURS
PERIOD ENDED:           June 30, 2005

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| ANTHONY | BURTON | 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 | 353.00 | 361.00 | (8.00) |
| DONNIE | EVANS | 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 | 321.25 | 329.25 | (8.00) |
| MILKERS | GUPTON | 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 | 426.00 | 450.00 | (24.00) |
| PERCELL | HICKS | 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 | 479.50 | 487.75 | (8.25) |
| MICHAEL | TURNER | 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 | 466.50 | 474.50 | (8.00) |
| CURTIS | WILKENS | 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 | 118.00 | 0.00 | 118.00 |
| CLAY | BURCH | 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 | 128.25 | 136.25 | (8.00) |
| | TOTAL | | 2,292.50 | 2,238.75 | 53.75 |

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| ANTHONY | BURTON | 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 | 349.75 | 357.75 | (8.00) |
| DONNIE | EVANS | 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 | 321.25 | 329.25 | (8.00) |
| MILKERS | GUPTON | 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 | 398.00 | 413.00 | (15.00) |
| PERCELL | HICKS | 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 | 447.50 | 455.00 | (7.50) |
| MICHAEL | TURNER | 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 | 434.50 | 442.50 | (8.00) |
| CURTIS | WILKENS | 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 | 118.00 | 0.00 | 118.00 |
| CLAY | BURCH | 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 | 120.25 | 128.25 | (8.00) |
| | TOTAL | | 2,189.25 | 2,125.75 | 63.50 |

31610 PAYROLL AUDIT MASTER - 05.xls

PAYROLL PROCEDURES FOR TEAMSTER LOCAL 639

CONTRACTORS' NAME: BOILER & FURNACE CLEANERS
SUMMARY OF HOURS
PERIOD ENDED:        December 31, 2005

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| MELVIN | BARNETT | 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 | 226.50 | 225.00 | 1.50 |
| CLAY | BURCH | 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 | 455.00 | 456.00 | (1.00) |
| ANTHONY | BURTON | 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 | 432.75 | 432.75 | 0.00 |
| DONNIE | EVANS | 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 | 455.50 | 455.00 | 0.50 |
| MILKERS | GUPTON | 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 | 454.25 | 449.75 | 4.50 |
| PERCELL | HICKS | 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 | 482.25 | 470.00 | 12.25 |
| MICHAEL | TURNER | 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 | 501.00 | 491.50 | 9.50 |
| CURTIS | WILKENS | 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 | 191.50 | 188.50 | 3.00 |
| ARTURO | PRICE | 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 | 289.75 | 289.75 | 0.00 |
| | TOTAL | | 3,488.50 | 3,458.25 | 30.25 |

| EMPLOYEE NAME | | S.S. NUMBER | TOTAL HOURS AUDITED | TOTAL HOURS REPORTED | DIFF. OF HOURS |
|---|---|---|---|---|---|
| MELVIN | BARNETT | 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 | 225.00 | 226.50 | (1.50) |
| CLAY | BURCH | 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 | 454.00 | 457.00 | (3.00) |
| ANTHONY | BURTON | 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 | 409.75 | 408.75 | 1.00 |
| DONNIE | EVANS | 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 | 432.00 | 432.50 | (0.50) |
| MILKERS | GUPTON | 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 | 449.75 | 453.25 | (3.50) |
| PERCELL | HICKS | 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 | 461.50 | 483.00 | (21.50) |
| MICHAEL | TURNER | 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 | 491.00 | 500.50 | (9.50) |
| CURTIS | WILKENS | 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 | 188.50 | 191.50 | (3.00) |
| ARTURO | PRICE | 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 | 266.75 | 266.75 | 0.00 |
| | TOTAL | | 3,378.25 | 3,419.75 | (41.50) |

31610 PAYROLL AUDIT MASTER - 05.xls

8/6/2007
3:51 PM

Slip Listing

Page    1

---

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: L639P |
| Slip.Date | 1/1/2004 - 7/31/2007 |
| Matt.Selection | Include: Boiler & Furnace; Boiler & Furnance - Collections |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 112399          TIME<br>1/5/2005<br>Billed          G:10026          2/16/2005<br>Review and analyze documentation<br>concerning delinquencies to the Funds | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.60<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 81.00 | 81.00 |
| 112400          TIME<br>1/5/2005<br>Billed          G:10026          2/16/2005<br>Prepare correspondence to employer re:<br>delinquent contributions | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.70<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 94.50 | 94.50 |
| 112401          TIME<br>1/5/2005<br>Billed          G:10026          2/16/2005<br>Calculate appropriate amount re: damages<br>and interest | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 112402          TIME<br>1/6/2005<br>Billed          G:10026          2/16/2005<br>Revise and edit correspondence to<br>employer re: damages | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 113232          TIME<br>2/1/2005<br>Billed          G:25025          3/11/2005<br>Telephone conference with Employer re:<br>outstanding liquidated damages and interest | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 113233          TIME<br>2/1/2005<br>Billed          G:25025          3/11/2005<br>Prepare correspondence and fax to<br>employer re: delinquency | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |

8/6/2007
3:51 PM

Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 113236          TIME<br>2/1/2005<br>Billed        G:25025        3/11/2005<br>Conduct research concerning a check<br>deposit the employer claims was made | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.30<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 40.50 | 40.50 |
| 113171          TIME<br>2/16/2005<br>Billed        G:25025        3/11/2005<br>Telephone conference with Carol York re:<br>Deposit | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 114385          TIME<br>3/24/2005<br>Billed        G:30025        4/14/2005<br>Conference with RCW re: Settlement<br>Agreement | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 114386          TIME<br>3/24/2005<br>Billed        G:30025        4/14/2005<br>Review and analyze settlement agreement | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.40<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 54.00 | 54.00 |
| 114387          TIME<br>3/24/2005<br>Billed        G:30025        4/14/2005<br>Telephone conference with C. York re:<br>settlement agreement | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 114388          TIME<br>3/24/2005<br>Billed        G:30025        4/14/2005<br>Prepare correspondence to C. York re: need<br>for information - delinquencies | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.55<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 74.25 | 74.25 |
| 114393          TIME<br>3/28/2005<br>Billed        G:30025        4/14/2005<br>Revise and edit memo to trustees re:<br>settlement agreement | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.90<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 121.50 | 121.50 |
| 114392          TIME<br>3/28/2005<br>Billed        G:30025        4/14/2005<br>Review correspondence from C. York re:<br>figures | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 6.75 | 6.75 |

8/6/2007
3:51 PM
Slip Listing
Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 114391<br>3/28/2005<br>Billed<br>Calculate payments and determine existing<br>expendure | TIME<br><br>G:30025 | MLW<br>Legal Service<br>4/14/2005 L639P<br>Boiler & Furn | 0.20<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 27.00 | 27.00 |
| 114390<br>3/28/2005<br>Billed<br>Prepare initial draft of memo to trustees re:<br>current delinquency | TIME<br><br>G:30025 | MLW<br>Legal Service<br>4/14/2005 L639P<br>Boiler & Furn | 1.75<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 236.25 | 236.25 |
| 114389<br>3/28/2005<br>Billed<br>Telephone conference with M. Winter and<br>C. York re: payments received, escrow | TIME<br><br>G:30025 | MLW<br>Legal Service<br>4/14/2005 L639P<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 114394<br>3/29/2005<br>Billed<br>Telephone conference with J. Axelrod re:<br>Amended Settlement Agreement | TIME<br><br>G:30025 | MLW<br>Legal Service<br>4/14/2005 L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 115118<br>3/29/2005<br>Billed<br>Review, edit Boiler & Furnace Memo | TIME<br><br>G:30025 | PAG<br>Legal Service<br>4/14/2005 L639P<br>Boiler & Furn | 0.40<br>0.00<br>0.00<br>0.00 | 250.00<br>C@1 | 100.00 | 100.00 |
| 115119<br>3/30/2005<br>Billed<br>Review, edit Boiler & Furnace Memo | TIME<br><br>G:30025 | PAG<br>Legal Service<br>4/14/2005 L639P<br>Boiler & Furn | 0.40<br>0.00<br>0.00<br>0.00 | 250.00<br>C@1 | 100.00 | 100.00 |
| 116389<br>4/22/2005<br>Billed<br>Determine procedural posture | TIME<br><br>G:35041 | MLW<br>Legal Service<br>5/11/2005 L639P<br>Boiler & Furn | 0.30<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 40.50 | 40.50 |
| 116390<br>4/22/2005<br>Billed<br>Prepare correspondence to opposing<br>counsel re: settlement | TIME<br><br>G:35041 | MLW<br>Legal Service<br>5/11/2005 L639P<br>Boiler & Furn | 1.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 155.25 | 155.25 |

8/6/2007
3:51 PM

Slip Listing

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 117291<br>5/17/2005<br>Billed        G:45035        6/10/2005<br>Telephone conference with M. Winter re:<br>B&G Credit | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 117292<br>5/17/2005<br>Billed        G:45035        6/10/2005<br>Review correspondence from Funds office<br>re: credit | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.20<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 27.00 | 27.00 |
| 117304<br>5/17/2005<br>Billed        G:45035        6/10/2005<br>Telephone conference with P. Hurley re:<br>settlement agreement | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 117307<br>5/17/2005<br>Billed        G:45035        6/10/2005<br>Telephone conference with Carol York re:<br>credit | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 117308<br>5/17/2005<br>Billed        G:45035        6/10/2005<br>Review settlement agreement | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 117311<br>5/17/2005<br>Billed        G:45035        6/10/2005<br>Review liquidated damages and interest<br>correspondence sent by C. York | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 117731<br>5/18/2005<br>Billed        G:45035        6/10/2005<br>Telephone conference with P. Hurley re:<br>settlement offer | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 117729<br>5/18/2005<br>Billed        G:45035        6/10/2005<br>Review correspondence from C. York re:<br>credit | TIME<br>MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |

8/6/2007
3:51 PM
                                        Slip Listing                                    Page      5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 117727<br>5/18/2005<br>Billed     G:45035     6/10/2005<br>Review correspondence from C. York re: credit | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 117726<br>5/18/2005<br>Billed     G:45035     6/10/2005<br>Calculate interest and liquidated damages owed | MLW<br>Legal Service<br>L639P<br>Boiler & Furn | 1.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 141.75 | 141.75 |
| 129471<br>2/14/2006<br>Billed     G:76009     3/14/2006<br>Prepared collections letter-demand letter | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.75<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 101.25 | 101.25 |
| 130758<br>3/3/2006<br>Billed     G:77017     4/19/2006<br>Telephone calls to Employer re: unpaid balance | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 6.75 | 6.75 |
| 139899<br>10/30/2006<br>Billed     G:78045     11/9/2006<br>Telephone call with Azieb Mehreteab regarding status of Boiler and Furnace | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 139900<br>10/31/2006<br>Billed     G:78045     11/9/2006<br>Telephone call with Azieb Mehreteab regarding total amounts owed. | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 6.75 | 6.75 |
| 140059<br>11/6/2006<br>Billed     G:78131     12/19/2006<br>Drafted final email and placed call to Patrick Hurley informing him of Trustees authorization for counsel to file suit. | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 140991<br>11/27/2006<br>Billed     G:78131     12/19/2006<br>Drafting of complaint | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |

Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| 140996         TIME<br>11/29/2006<br>Billed         G:78131    12/19/2006<br>Telephone conference with TLU 639 to get<br>contract | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 141002         TIME<br>11/29/2006<br>Billed         G:78131    12/19/2006<br>Drafting ERISA violations complaint | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 1.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 148.50 | 148.50 |
| 142021         TIME<br>12/1/2006<br>Billed         G:90022    1/12/2007<br>Drafting complaint | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 2.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 276.75 | 276.75 |
| 142025         TIME<br>12/4/2006<br>Billed         G:90022    1/12/2007<br>Drafting complaint | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 1.30<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 175.50 | 175.50 |
| 144748         TIME<br>2/15/2007<br>Billed         G:20010    3/12/2007<br>Editing complaint | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 1.55<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 209.25 | 209.25 |
| 147100         TIME<br>4/16/2007<br>Billed         G:91129    5/14/2007<br>Editing complaint | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 1.00<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 135.00 | 135.00 |
| 147853         TIME<br>5/8/2007<br>Billed         G:40010    7/12/2007<br>Review and revise complaint, attorney<br>conference | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.35<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 59.50 | 59.50 |
| 147855         TIME<br>5/10/2007<br>Billed         G:40010    7/12/2007<br>Review complaint, attorney conference | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.20<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 34.00 | 34.00 |
| 148058         TIME<br>5/21/2007<br>Billed         G:40010    7/12/2007<br>Review draft complaint | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 85.00 | 85.00 |

8/6/2007
3:51 PM                                          Slip Listing                                          Page     7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 149780<br>7/2/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 149781<br>7/11/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 1.50<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 202.50 | 202.50 |
| 149793<br>7/11/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 17.00 | 17.00 |
| 149784<br>7/12/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 149785<br>7/12/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 1.40<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 189.00 | 189.00 |
| 149788<br>7/16/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 67.50 | 67.50 |
| 149796<br>7/16/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 85.00 | 85.00 |
| 149789<br>7/19/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639P<br>Boiler & Furn | 1.30<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 175.50 | 175.50 |
| 149792<br>7/19/2007<br>WIP<br>[No description] | TIME | EAS<br>Legal Service<br>L639P<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>C@1 | 125.00 | 125.00 |

8/6/2007
3:51 PM

Slip Listing

Page    8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 149798<br>7/19/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 85.00 | 85.00 |
| 149799<br>7/24/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 0.75<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 127.50 | 127.50 |
| 149802<br>7/25/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639P<br>Boiler & Furn | 2.25<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 382.50 | 382.50 |
| Grand Total | | Billable<br>Unbillable<br>Total | 30.55<br>0.00<br>30.55 | | 4454.00<br>0.00<br>4454.00 | 4454.00 |

8/6/2007
3:47 PM
                                    Slip Listing
                                                                    Page     1

_____

                                  Selection Criteria
_____

Slip.Classification        Open
Clie.Selection             Include: L639H
Slip.Date                  1/1/2004 - 7/31/2007
Matt.Selection             Include: Boiler & Furnace; Boiler & Furnace - Collections
_____

Rate Info - identifies rate source and level


| Slip ID Dates and Time Posting Status Description | Performed by Activity Client Matter | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value | Billed SV Adjustment Markup |
|---|---|---|---|---|---|
| 112368 TIME 1/5/2005 Billed    G:10025    2/16/2005 Review and analyze documentation concerning delinquencies to the Funds | MLW Legal Service L639H Boiler & Furn | 0.60 0.00 0.00 0.00 | 135.00 C@4 | 81.00 | 81.00 |
| 112369 TIME 1/5/2005 Billed    G:10025    2/16/2005 Prepare correspondence to employer re: delinquent contributions | MLW Legal Service L639H Boiler & Furn | 0.70 0.00 0.00 0.00 | 135.00 C@4 | 94.50 | 94.50 |
| 112370 TIME 1/5/2005 Billed    G:10025    2/16/2005 Calculate appropriate amount re: damages and interest | MLW Legal Service L639H Boiler & Furn | 0.15 0.00 0.00 0.00 | 135.00 C@4 | 20.25 | 20.25 |
| 112372 TIME 1/6/2005 Billed    G:10025    2/16/2005 Revise and edit correspondence to employer re: damages | MLW Legal Service L639H Boiler & Furn | 0.15 0.00 0.00 0.00 | 135.00 C@4 | 20.25 | 20.25 |
| 113231 TIME 2/1/2005 Billed    G:25030    3/11/2005 Telephone conference with Employer re: outstanding liquidated damages and interest | MLW Legal Service L639H Boiler & Furn | 0.10 0.00 0.00 0.00 | 135.00 C@4 | 13.50 | 13.50 |
| 113234 TIME 2/1/2005 Billed    G:25030    3/11/2005 Prepare correspondence and fax to employer re: delinquency | MLW Legal Service L639H Boiler & Furn | 0.25 0.00 0.00 0.00 | 135.00 C@4 | 33.75 | 33.75 |

8/6/2007
3:47 PM

Slip Listing

| Slip ID | | | | | | |
|---|---|---|---|---|---|---|
| Dates and Time | | Performed by | Units | Rate | Slip Value | Billed SV |
| Posting Status | | Activity | DNB Time | Rate Info | | Adjustment |
| Description | | Client | Est. Time | Bill Status | | Markup |
| | | Matter | Variance | | | |
| 113235 | TIME | MLW | 0.30 | 135.00 | 40.50 | 40.50 |
| 2/1/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:25030        3/11/2005 | L639H | 0.00 | | | |
| Conduct research concerning a check | | Boiler & Furn | 0.00 | | | |
| deposit the employer claims was made | | | | | | |
| 113170 | TIME | MLW | 0.10 | 135.00 | 13.50 | 13.50 |
| 2/16/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:25030        3/11/2005 | L639H | 0.00 | | | |
| Telephone conference with Carol York re: | | Boiler & Furn | 0.00 | | | |
| Deposit | | | | | | |
| 114373 | TIME | MLW | 0.10 | 135.00 | 13.50 | 13.50 |
| 3/24/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:30024        4/14/2005 | L639H | 0.00 | | | |
| Conference with RCW re: Settlement | | Boiler & Furn | 0.00 | | | |
| Agreement | | | | | | |
| 114374 | TIME | MLW | 0.40 | 135.00 | 54.00 | 54.00 |
| 3/24/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:30024        4/14/2005 | L639H | 0.00 | | | |
| Review and analyze settlement agreement | | Boiler & Furn | 0.00 | | | |
| 114375 | TIME | MLW | 0.10 | 135.00 | 13.50 | 13.50 |
| 3/24/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:30024        4/14/2005 | L639H | 0.00 | | | |
| Telephone conference with C. York re: | | Boiler & Furn | 0.00 | | | |
| settlement agreement | | | | | | |
| 114376 | TIME | MLW | 0.55 | 135.00 | 74.25 | 74.25 |
| 3/24/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:30024        4/14/2005 | L639H | 0.00 | | | |
| Prepare correspondence to C. York re: need | | Boiler & Furn | 0.00 | | | |
| for information - delinquencies | | | | | | |
| 114381 | TIME | MLW | 0.90 | 135.00 | 121.50 | 121.50 |
| 3/28/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:30024        4/14/2005 | L639H | 0.00 | | | |
| Revise and edit memo to trustees re: | | Boiler & Furn | 0.00 | | | |
| settlement agreement | | | | | | |
| 114380 | TIME | MLW | 0.05 | 135.00 | 6.75 | 6.75 |
| 3/28/2005 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:30024        4/14/2005 | L639H | 0.00 | | | |
| Review correspondence from C. York re: | | Boiler & Furn | 0.00 | | | |
| figures | | | | | | |

8/6/2007
3:47 PM

Slip Listing

Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 114379<br>3/28/2005<br>Billed<br>Calculate payments and determine existing<br>expendure | TIME<br><br>G:30024 | MLW<br>Legal Service<br>4/14/2005 L639H<br>Boiler & Furn | 0.20<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 27.00 | 27.00 |
| 114378<br>3/28/2005<br>Billed<br>Prepare initial draft of memo to trustees re:<br>current delinquency | TIME<br><br>G:30024 | MLW<br>Legal Service<br>4/14/2005 L639H<br>Boiler & Furn | 1.75<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 236.25 | 236.25 |
| 114377<br>3/28/2005<br>Billed<br>Telephone conference with M. Winter and<br>C. York re: payments received, escrow | TIME<br><br>G:30024 | MLW<br>Legal Service<br>4/14/2005 L639H<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 114382<br>3/29/2005<br>Billed<br>Telephone conference with J. Axelrod re:<br>Amended Settlement Agreement | TIME<br><br>G:30024 | MLW<br>Legal Service<br>4/14/2005 L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 115579<br>3/29/2005<br>Billed<br>Review, edit Boiler & Furnace Memo | TIME<br><br>G:30024 | PAG<br>Legal Service<br>4/14/2005 L639H<br>Boiler & Furn | 0.40<br>0.00<br>0.00<br>0.00 | 250.00<br>C@1 | 100.00 | 100.00 |
| 115578<br>3/30/2005<br>Billed<br>Review, edit Boiler & Furnace Memo | TIME<br><br>G:30024 | PAG<br>Legal Service<br>4/14/2005 L639H<br>Boiler & Furn | 0.40<br>0.00<br>0.00<br>0.00 | 250.00<br>C@1 | 100.00 | 100.00 |
| 116388<br>4/22/2005<br>Billed<br>Determine procedural posture | TIME<br><br>G:35040 | MLW<br>Legal Service<br>5/11/2005 L639H<br>Boiler & Furn | 0.30<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 40.50 | 40.50 |
| 116391<br>4/22/2005<br>Billed<br>Prepare correspondence to opposing<br>counsel re: settlement | TIME<br><br>G:35040 | MLW<br>Legal Service<br>5/11/2005 L639H<br>Boiler & Furn | 1.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 155.25 | 155.25 |

8/6/2007
3:47 PM

Slip Listing

Page    4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 117290<br>5/17/2005<br>Billed<br>Telephone conference with M. Winter re:<br>B&G Credit | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 117293<br>5/17/2005<br>Billed<br>Review correspondence from Funds office<br>re: credit | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 0.20<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 27.00 | 27.00 |
| 117305<br>5/17/2005<br>Billed<br>Telephone conference with P. Hurley re:<br>settlement agreement | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 117306<br>5/17/2005<br>Billed<br>Telephone conference with Carol York re:<br>credit | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 117309<br>5/17/2005<br>Billed<br>Review settlement agreement | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 117310<br>5/17/2005<br>Billed<br>Review liquidated damages and interest<br>correspondence sent by C. York | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 117730<br>5/18/2005<br>Billed<br>Telephone conference with P. Hurley re:<br>settlement offer | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 117725<br>5/18/2005<br>Billed<br>Calculate interest and liquidated damages<br>owed | TIME<br><br>G:45028 | MLW<br>Legal Service<br>6/10/2005 L639H<br>Boiler & Furn | 1.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 141.75 | 141.75 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 117728<br>5/18/2005<br>Billed<br>Review correspondence from C. York re:<br>credit | TIME<br><br>G:45028         6/10/2005 | MLW<br>Legal Service<br>L639H<br>Boiler & Furn | 0.15<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 20.25 | 20.25 |
| 129470<br>2/14/2006<br>Billed<br>Prepared collections letter-demand letter | TIME<br><br>G:76008         3/14/2006 | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.75<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 101.25 | 101.25 |
| 130757<br>3/3/2006<br>Billed<br>Telephone calls to Employer re: unpaid<br>balance | TIME<br><br>G:77015         4/19/2006 | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 6.75 | 6.75 |
| 139898<br>10/30/2006<br>Billed<br>Telephone call with Azieb Mehreteab<br>regarding status of Boiler and Furnace | TIME<br><br>G:78044        11/9/2006 | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 139901<br>10/31/2006<br>Billed<br>Telephone call with Azieb Mehreteab<br>regarding total amounts owed. | TIME<br><br>G:78044        11/9/2006 | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.05<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 6.75 | 6.75 |
| 140058<br>11/6/2006<br>Billed<br>Drafted final email and placed call to Patrick<br>Hurley informing him of Trustees<br>authorization for counsel to file suit. | TIME<br><br>G:78130       12/19/2006 | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 140990<br>11/27/2006<br>Billed<br>Drafting of complaint | TIME<br><br>G:78130       12/19/2006 | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |
| 140995<br>11/29/2006<br>Billed<br>Telephone conference with TLU 639 to get<br>contract | TIME<br><br>G:78130       12/19/2006 | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 13.50 | 13.50 |

8/6/2007
3:47 PM

Slip Listing

Page    6

| Slip ID | | Performed by | Units | Rate | Slip Value | Billed SV |
| Dates and Time | | Activity | DNB Time | Rate Info | | Adjustment |
| Posting Status | | Client | Est. Time | Bill Status | | Markup |
| Description | | Matter | Variance | | | |
|---|---|---|---|---|---|---|
| 141001 | TIME | MLA | 1.10 | 135.00 | 148.50 | 148.50 |
| 11/29/2006 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:78130    12/19/2006 | L639H | 0.00 | | | |
| Drafting ERISA violations complaint | | Boiler & Furn | 0.00 | | | |
| 142020 | TIME | MLA | 2.05 | 135.00 | 276.75 | 276.75 |
| 12/1/2006 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:90021    1/12/2007 | L639H | 0.00 | | | |
| Drafting complaint | | Boiler & Furn | 0.00 | | | |
| 142024 | TIME | MLA | 1.30 | 135.00 | 175.50 | 175.50 |
| 12/4/2006 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:90021    1/12/2007 | L639H | 0.00 | | | |
| Drafting complaint | | Boiler & Furn | 0.00 | | | |
| 144747 | TIME | MLA | 1.55 | 135.00 | 209.25 | 209.25 |
| 2/15/2007 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:20009    3/12/2007 | L639H | 0.00 | | | |
| Editing complaint | | Boiler & Furn | 0.00 | | | |
| 147099 | TIME | MLA | 1.00 | 135.00 | 135.00 | 135.00 |
| 4/16/2007 | | Legal Service | 0.00 | C@4 | | |
| Billed | G:91128    5/14/2007 | L639H | 0.00 | | | |
| Editing complaint | | Boiler & Furn | 0.00 | | | |
| 147852 | TIME | RCW | 0.35 | 170.00 | 59.50 | 59.50 |
| 5/8/2007 | | Legal Service | 0.00 | C@3 | | |
| Billed | G:40009    7/12/2007 | L639H | 0.00 | | | |
| Review and revise complaint, attorney conference | | Boiler & Furn | 0.00 | | | |
| 147854 | TIME | RCW | 0.20 | 170.00 | 34.00 | 34.00 |
| 5/10/2007 | | Legal Service | 0.00 | C@3 | | |
| Billed | G:40009    7/12/2007 | L639H | 0.00 | | | |
| Review complaint, attorney conference | | Boiler & Furn | 0.00 | | | |
| 148057 | TIME | RCW | 0.50 | 170.00 | 85.00 | 85.00 |
| 5/21/2007 | | Legal Service | 0.00 | C@3 | | |
| Billed | G:40009    7/12/2007 | L639H | 0.00 | | | |
| Review draft complaint | | Boiler & Furn | 0.00 | | | |
| 149779 | TIME | MLA | 0.15 | 135.00 | 20.25 | 20.25 |
| 7/2/2007 | | Legal Service | 0.00 | C@4 | | |
| WIP | | L639H | 0.00 | | | |
| [No description] | | Boiler & Furn | 0.00 | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 149782<br>7/11/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 1.50<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 202.50 | 202.50 |
| 149794<br>7/11/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639H<br>Boiler & Furn | 0.10<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 17.00 | 17.00 |
| 149783<br>7/12/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.25<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 33.75 | 33.75 |
| 149786<br>7/12/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 1.40<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 189.00 | 189.00 |
| 149787<br>7/16/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 67.50 | 67.50 |
| 149795<br>7/16/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639H<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 85.00 | 85.00 |
| 149790<br>7/19/2007<br>WIP<br>[No description] | TIME | MLA<br>Legal Service<br>L639H<br>Boiler & Furn | 1.30<br>0.00<br>0.00<br>0.00 | 135.00<br>C@4 | 175.50 | 175.50 |
| 149791<br>7/19/2007<br>WIP<br>[No description] | TIME | EAS<br>Legal Service<br>L639H<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>C@1 | 125.00 | 125.00 |
| 149797<br>7/19/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639H<br>Boiler & Furn | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 85.00 | 85.00 |

8/6/2007
3:47 PM                                         Slip Listing                                         Page      8

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 149800<br>7/24/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639H<br>Boiler & Furn | 0.75<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 127.50 | 127.50 |
| 149801<br>7/25/2007<br>WIP<br>[No description] | TIME | RCW<br>Legal Service<br>L639H<br>Boiler & Furn | 2.25<br>0.00<br>0.00<br>0.00 | 170.00<br>C@3 | 382.50 | 382.50 |
| Grand Total | | Billable<br>Unbillable<br>Total | 30.40<br>0.00<br>30.40 | | 4433.75<br>0.00<br>4433.75 | 4433.75 |