UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639-EMPLOYERS HEALTH TRUST, et al, <br><br> Plaintiffs, <br><br> v. <br><br> BOILER AND FURNACE CLEANERS, INC., <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07-948 (RBW)

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

**ORDERED** that the plaintiffs' motion for default judgment is **GRANTED.** It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge