UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEAMSTERS LOCAL 639-EMPLOYERS HEALTH TRUST, et al, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BOILER AND FURNACE CLEANERS, INC., <br><br>　　　　Defendant, | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-948 (RBW)<br>)<br>)<br>)<br>)<br>) |

**AMENDED ORDER**

　　In accordance with the Court's rulings in its Memorandum Opinion that is being issued simultaneously with this ORDER, it is hereby this 13th day of August, 2008

　　**ORDERED** that the plaintiffs' motion for default judgment is **GRANTED.**   It is further

　　**ORDERED** that pursuant to 29 U.S.C. § 1132(g)(2) (2000), judgment is entered for the plaintiffs in the amount of $24,262.23.  It is further

　　**ORDERED** that pursuant to 29 U .S.C. § 1132(g)(2)(E), the defendant shall forthwith pay the total amount of the judgment awarded by the Court.  It is further

　　**ORDERED** that the plaintiffs' request for a permanent injunction requiring the defendant to timely make all future contributions to the Teamsters Local 639-Employers Health Trust and Teamsters Local 639-Employers Pension Trust is **GRANTED** .
.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge